BEATRICE SELIGSON, an Infant, by ISAAC SELIGSON, Her Guardian ad Litem, et al., Appellants, *v.* FIREMAN'S FUND INDEMNITY COMPANY, Respondent.

(Argued April 30, 1935; decided May 21, 1935.)

*Arthur N. Seiff* for appellants.

*Robert E. Curran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.